**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRACI STEVENSON,
Trustee for the Bankruptcy Estate
of Jose A. Rivera,                                               Case No.: 8:19-cv-617-VMC-JSS

      Plaintiff,

v.

DISCOVER PRODUCTS, INC., d/b/a
DISCOVER BANK, a/k/a
DFS SERVICES, LLC,
a foreign limited liability company,

      Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

    **COMES NOW,** Plaintiff, TRACI STEVENSON, Trustee for the Bankruptcy Estate of

Jose A. Rivera  (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local

Rule 3.08, Middle District of Florida, and hereby submit this *Notice of Pending Settlement* and

states:

    1.    Plaintiff and Defendant, DISCOVER PRODUCTS, INC., d/b/a DISCOVER

BANK, a/k/a DFS SERVICES, LLC (hereinafter, "Defendant"), reached a conditional settlement

regarding all claims in this case as to Defendant, and the parties are presently drafting, finalizing,

and executing a written settlement agreement and release of liability.

    2.    Upon execution of a mutually-agreeable settlement agreement and release—and

compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for

Dismissal with Prejudice.

3.      To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies she consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Dated: April 18, 2019.

Respectfully submitted,

**LEAVENLAW**

/s/ *Kelly C. Burke*
☐ **Ian R. Leavengood, Esq., FBN 0010167**
☐ **Sean E. McEleney, Esq., FBN 0125561**
[X] **Kelly C. Burke, Esq., FBN 0123506**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
glercher@leavenlaw.com
smceleney@leavenlaw.com
kburke@leavenlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2019, a true and correct copy of the above and foregoing *Notice of Pending Settlement* was electronically filed via CM/ECF which will electronically serve the following counsel of record:

Jacqueline Simms-Petredis, Esq.
BURR & FORMAN LLP
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
jsimms-petredis@burr.com
dmorales@burr.com
mguerra@burr.com
anolting@burr.com
*Attorneys for Defendant*

/s/ *Kelly C. Burke*
Attorney